2574115

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## State Court Case No. 2024-CA-002144

JOSEPH CLARK,

  Plaintiff,

v.

YOGIMAHANT, LLC, d/b/a THE
FLORIDIAN INN,

  Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Yogimahant, LLC d/b/a The Floridian Inn ("Floridian Inn"), by and through the undersigned counsel, hereby files this Notice of Removal of Plaintiff's civil action from the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida to the United States District Court for the Middle District of Florida, Tampa Division based in accordance with 28 U.S.C. § 1331, 1441(a), and 1446(d) permitting the removal of civil actions based upon Federal question.  The grounds for removal are as follows:

## I.    INTRODUCTION

On or about December 31, 2024, Plaintiff filed a civil action seeking damages for violation of Chapter 2, Section 242 of the Americans with Disabilities Act in the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida styled

*Joseph Clark v. Yogimahant, LLC d/b/a The Floridian Inn*, 2024-CA-002144 ("State Court Action").

## II.    GROUNDS FOR REMOVAL

On or about December 31, 2024, Plaintiff filed an Complaint that purports to allege a violation of the Americans with Disabilities Act.  A copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**  Specifically, Plaintiff alleges Defendant violated Chapter 2, Section 242 of the Americans with Disabilities Act.  Complaint at ¶ 4.

The causes of action alleged by Plaintiff in the Complaint is solely based upon Federal law.  Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1331.  A civil action for which a district court has original jurisdiction founded upon a claim or right arising under the laws of the United States is removable without regard to citizenship or residence of the parties.  28 U.S.C. § 1441(a).

## III.    NOTICE OF REMOVAL IS TIMELY

When the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after the defendant receives a copy of an amended plead, motion, order, or other paper from which it may be first ascertained that the case is one which is or has become removable.  28 U.S.C. § 1446(b).  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is filed prior to the expiration of thirty days after the date Defendant was served a copy of the Complaint,

which was served on January 7, 2025.  A copy of the Return of Service on Defendant is attached hereto as **Exhibit "B."**

### IV.    VENUE

Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division where the State Court Action is pending.

### V.    CONSENT OF ALL DEFENDANTS

The Floridian Inn is the only Defendant joined and thus no other consent is necessary.

### VI.    NOTICE HAS BEEN GIVEN AND STATE COURT PAPERS HAVE BEEN FILED.

28 U.S.C. § 1446(a) requires that a copy of all process, pleadings, orders, and other paper or exhibits on file in the circuit court be attached to this notice.  As of the filing of this Notice, the circuit court file includes the following documents and papers:

1.    Civil Cover Sheet

2.    Complaint

3.    Summons Issued: Yogimahant, LLC d/b/a The Floridian Inn

4.    Application for Determination of Civil Indigent Status Granted

5.    Certificate of Indigency

6.    Summons Served: Yogimahant, LLC d/b/a The Floridian Inn

A copy of the circuit court file is attached hereto as Composite **Exhibit "C."**

In addition, The Floridian Inn is contemporaneously filing a copy of this Notice with the Clerk of the Twelfth Judicial Circuit in and for Manatee County, Florida, as required by 28 U.S.C. § 1446(d), and will give notice to all parties of this Notice of Removal.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit "D**."  In addition, a copy of Defendant's Federal Civil Cover Sheet is attached hereto as **Exhibit "E**."

DATED:  January 27, 2025

Respectfully submitted,

  /s/ Taira Salahutdin
Taira Salahutdin, Esq.
Florida Bar No.:  1011737
tsalahutdin@conroysimberg.com
Conroy Simberg
201 East Kennedy Boulevard, Suite 900
Tampa, FL 33602
813-273-6464
954-967-8577
Attorney for Defendant, Yogimahant, LLC
d/b/a The Floridian Inn

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Taira Salahutdin   
Taira Salahutdin, Esq.
Florida Bar No.:  1011737
tsalahutdin@conroysimberg.com
Conroy Simberg
201 East Kennedy Boulevard, Suite 900
Tampa, FL 33602
813-273-6464
954-967-8577
Attorney for Defendant, Yogimahant, LLC
d/b/a The Floridian Inn
