## IN THE CIRCUIT COURT OF FLORIDA FOR THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR MANATEE COUNTY, FLORIDA

**JOSEPH CLARK,**
P.O. Box 2205
Minot, North Dakota 58702

**PLAINTIFF,**

v.

**YOGIMAHANT, LLC**
d/b/a/ The Floridian Inn
16512 5th Avenue, East
Bradenton, Florida 34212

**DEFENDANT.**

Hon,_____

Case no._____

**COMPLAINT FOR MONETARY AND INJUNCTIVE RELIEF**

**JURY TRIAL DEMANDED**

### I. Jurisdiction

This honorable court retains jurisdiction to adjudicate this case pursuant to the Florida Constitution. Jurisdiction is further conferred under the Florida statutes.

### II. Venue

Manatee County, Florida, is proper venue for this cation because the defendant maintains the principle place of business there.

### III. Jury Demand

Plaintiff hereby demands a trial by jury on all issues triable by jury by the maximum allowable number of jurors.

### IV. Complaint

1. The defendant owns and operates the Floridian Inn motel.

2. The defendant is responsible for making sure that the Floridian Inn is in compliance with the Americans With Disabilities Act.

3. The defendant offers a swimming pool for the guests at the Floridian Inn.

4. However, the defendant is in direct violation of the Americans With Disabilities Act with respect to the swimming pool because there is not even one pool lift in violation of Chapter 2, Section 242 of the Americans With Disabilities Act.

5. This plaintiff previously wanted to stay at the Floridian Inn last year and called to inquire whether said motel had a swimming pool that was handicapped accessible, and was advised last year that the pool had no lift and was not handicapped accessible.

6. Then, on December 31, 2024, this plaintiff again contacted the Floridian Inn at approximately 12:00pm, EST, and inquired of the lady that answered the phone if they had any rooms and available and this plaintiff was told yes.

7. The lady then was asked by this plaintiff if the swimming pool was handicapped accessible and the lady that answered the phone stated the pool only has steps, and that "you cannot get your wheelchair in the pool".

8. Clearly, this defendant has and absolute and utter disregard for the rights of individuals protected under the Americans With Disabilities Act who need special accommodations under the Act.

9. The defendant owes a duty to have at least one pool lift for the swimming pool at the Floridian Inn.

10. The defendant has breached the duty owed by failing to have at least one pool lift at the Floridian Inn.

11. The breach of the duty owed is the proximate and/or direct cause of the damages in this matter.

## V. Relief Requested

**WHEREUPON,** plaintiff respectfully requests the following relief:

**COMPENSATORY** - $100,000.00 for reckless and/or intentional infliction of mental and/or emotional distress, embarrassment, humiliation, loss of association.

**PUNITIVE** – Plaintiff reserves the right to subsequently request punitive damages.

**INJUNCTIVE** – Plaintiff respectfully requests this honorable court issue preliminary and permanent injunctive relief requiring the defendant permanently install all pool lifts that are necessary under the Americans With Disabilities Act.

**OTHER** – Plaintiff respectfully requests any and all other relief this honorable court may find just and equitable.

**Respectfully submitted,**

/s/ Joseph Clark
**Joseph Clark**
Plaintiff (Pro-se)
P.O. Box 2205

Minot, North Dakota  58702

"2024CA002144AX" 213725143 Filed at Manatee County Clerk 12/31/2024 06:32:29 PM EST