UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH CLARK,**

    **Plaintiff,**

v.                                          Case No.  8:25-cv-221-WFJ-AAS

**YOGIMAHANT, LLC, d/b/a THE FLORIDIAN INN,**

    **Defendant.**
_____/

## **ORDER**

    Plaintiff Joseph Clark, proceeding pro se, moves to compel discovery and for sanctions. (Doc. 11). Defendant Yogimahant, LLC, d/b/a The Floridian Inn (Floridian) opposes the motion. (Doc. 13).

    As an initial matter, Mr. Clark's motion fails to comply with the Local Rules for the Middle District of Florida. Specifically, Mr. Clark's motion fails to comply with Local Rule 3.01(a), which requires that the motion include "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." In addition, Mr. Clark failed to confer in good faith with opposing counsel prior to filing the motion in violation of Local Rule 3.01(g).

    Mr. Clark's motion raises issues with Floridian's responses to Interrogatory Nos. 8, 9, 10, and 14 and Request for Production Nos. 8 and 9.

Upon review of the discovery requests and responses at issue, the court finds Floridian's responses are adequate. Sanctions are not warranted against Floridian.[1]

Accordingly, it is **ORDERED** that Mr. Clark's motion to compel and for sanctions (Doc. 11) is **DENIED**.

**ENTERED** in Tampa, Florida, on June 25, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] The court recognizes Floridian's error in failing to provide verified interrogatory responses. However, this error has been corrected. (*See* Doc. 13, p. 3).