2574115

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH CLARK,

  Plaintiff,

v.

YOGIMAHANT, LLC, d/b/a THE
FLORIDIAN INN,

        Case No. 8:25-cv-00221-WFJ-AAS

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, Yogimahant, LLC, by and through the undersigned counsel, hereby gives notice that Plaintiff and Defendant have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Defendant respectfully requests that the Court stay all matters and pending deadlines in this action for a period of 30 days.

## Local Rule 3.01(g) Certification

Undersigned hereby certifies that he spoke to the Plaintiff on August 8, 2025 on this Notice and he was in agreement with this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that

Case No. 8:25-cv-00221-WFJ-AAS

the foregoing document is being served this day via email on the Plaintiff at joseph.clark1973@outlook.com.
.

        CONROY SIMBERG
        Attorney for Defendant, Yogimahanti, LLC
        4190 Belfort Road, Suite 222
        Jacksonville, FL 32216
        Telephone:  (904) 296-6004
        Facsimile:  (904) 296-6008
        Primary Email:  eservicejax@conroysimberg.com
        Secondary Email:  jviggiani@conroysimberg.com

By:   */s/ John Viggiani*
       John Viggiani, Esquire
       Florida Bar No. 748129